NEW-YORK
May, 1822.

M'AULEY
v.
BILLENGER.

M'AULEY *against* BILLENGER and others.

IN ERROR, on *certiorari* to a Justice's Court.

*B.*, and the other defendants in error, sued *M'Auley* before the Justice, to recover the first instalment of a sum subscribed by him for the repairs of a church. The defendants in error, at a meeting held at Union Church, in *Danube*, were appointed a committee to receive subscriptions, and to contract for the repairs of that church, in the manner specified in a written paper, the subscribers to which promised to pay to the committee, or either of them, the sums by them respectively subscribed, in four equal instalments, the first of which was to be paid when the subscription commenced. The subscription paper concluded, as follows : " Provided, nevertheless, that no person shall be obliged to pay the sum which he subscribes, unless a sufficient sum can be raised to repair said church." The plaintiff in error subscribed 25 dollars ; the paper was, also, signed by sixteen other persons, and the whole amount subscribed was about 600 dollars. The defendants in error, by an agreement under seal, contracted with a person to make the repairs for 1200 dollars ; and the contractor agreed to receive the subscription paper, in part payment, and to collect the sums subscribed, at his own risk, and without recourse to the defendants in error. And it was further agreed, that the contractor, in order to raise the residue of the money, was to have the privilege of selling a sufficient number of the pews for that purpose. The repairs having been commenced, the plaintiff in error was requested to pay the first instalment of the sum subscribed by him, but he refused, and the suit below was brought to recover that amount. The Justice gave judgment against the plaintiff in error, for six dollars and twenty-five cents.

*Per Curiam.* The plaintiff in error voluntarily entered into a contract, by which he engaged to pay to the defendants in error, twenty-five dollars, for the purpose, and in the

*M.*, with others, signed an instrument, by which he engaged to pay a sum, subscribed by him to *B.*, and others, a committee appointed by the members of a church, to obtain , subscriptions, and contract for the repairs of the church ; and the instrument containing a *proviso*, "that no person should be obliged to pay the sum which he subscribed, unless a sufficient sum was raised to repair the church." The committee entered into a contract with a person to make the repairs, for a specific sum, who engaged to take the subscriptions, being about one half of that sum, in payment, and to raise the residue by a sale of the pews, which he was authorized to make : *Held,* that this was a compliance with the condition of the subscriptions, and that *M.* was liable to pay the sum subscribed by him.

NEW-YORK, manner specified in the instrument to which he subscribed
May, 1822. his name.  The consideration for his promise was the re-
HOOKER   pairing of the church.  By signing the subscription, he
v.
CUMMINGS. sanctioned the acts of the meeting in resolving to make the
repairs, and in the appointment of the committee for that pur-
pose; and he, moreover, recognised the authority of the
committee to receive the subscription money, and to contract
for the repairs.  The only question, then, is, whether the
condition, on which the sum subscribed was to be paid, has
been fulfilled on the part of the defendants in error.  They
contracted for the repairs, at a specified sum; and the per-
son with whom they contracted, covenanted, on his part, to
receive the balance of that sum, over and above the amount
subscribed, in the proceeds of the sale of pews, which he
was authorized to make.  The payment of the whole sum
was provided, and could be raised, according to the mean-
ing of the condition of the instrument subscribed, without
having recourse to the defendants in error.  The terms of
subscription were, therefore, complied with; and the defend-
ant below was liable to pay the instalment for which judg-
ment was rendered against him in the Court below.

.Judgment affirmed.